IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

H. JACK DOWNEY, ELIZABETH )
M. DOWNEY, PAUL F. ALEXANDER, )
and BRYAN L. SANDERS, )
)
    Plaintiffs, )
)
v. ) No. 04-3009 Ml/P
)
DUNCAN WILLIAMS, INC., )
)
    Defendant. )

---

## ORDER FOLLOWING STATUS CONFERENCE

The Court held a status conference in this case on April 25, 2005. Plaintiffs were represented by Harold Naill Falls, Jr., Esq. Defendant was represented by Allan Wade, Esq., and Lori Patterson, Esq. Pursuant to the discussion at the conference and under the authority of 15 U.S.C. § 78u-4, discovery in this case is hereby STAYED until the Court issues a ruling regarding Defendant's pending motion to dismiss.

The parties agree and stipulate that any discovery materials from related litigation currently proceeding in any Tennessee state court may not be used in this proceeding to oppose Defendant's pending motion to dismiss.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-29-05

So ORDERED this 26th day of April, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CV-03009 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Harold Naill Falls
FALLS & VEACH
1143 Sewanee Rd.
Nashville, TN 37220

Allan J. Wade
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

John B. Veach
FALLS & VEACH
1143 Sewanee Rd.
Nashville, TN 37220

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT