IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| H. JACK DOWNEY, ELIZABETH M. DOWNEY, PAUL F. ALEXANDER, and BRYAN L. SANDERS, ) ) Plaintiffs, ) ) v. ) ) DUNCAN WILLIAMS, INC., ) ) Defendant. ) | No. 04-3009 Ml/P |

### ORDER REGARDING STATUS CONFERENCE

A status conference in this case will be held on <u>April 25, 2005, at 9:00 a.m.</u>  On April 18, 2005, Plaintiffs moved the Court to participate in the conference by telephone.  Plaintiffs' motion is GRANTED.  The Court will contact Plaintiffs' counsel to initiate the conference.  Defendant may appear in person at the conference.

So ORDERED this 26th day of April, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-03009 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

John B. Veach
FALLS & VEACH
1143 Sewanee Rd.
Nashville, TN 37220

Allan J. Wade
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Harold Naill Falls
FALLS & VEACH
1143 Sewanee Rd.
Nashville, TN 37220

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT