IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _Cg_ D.C.

05 JUL 20 PM 2: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

H. JACK DOWNEY, ELIZABETH        )
M. DOWNEY, PAUL F. ALEXANDER,    )
and BRYAN L. SANDERS,            )
                                 )
        Plaintiffs,              )
                                 )
v.                               )
                                 )        No. 04-3009 Ml/P
                                 )
DUNCAN WILLIAMS, INC.,           )
                                 )
        Defendant.               )
                                 )

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion to Dismiss, entered July 19, 2005, judgment is hereby entered in favor of Defendant Duncan Williams, Inc. and against Plaintiffs H. Jack Downey, Elizabeth M. Downey, Paul F. Alexander, and Bryan L. Sanders.

APPROVED:

JON P. McCALLA
UNITED STATES DISTRICT COURT

July 19, 2005

Date

THOMAS M. GOULD

Clerk of Court

(By)  Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-21-05_

50

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CV-03009 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

Allan J. Wade
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

John B. Veach
FALLS & VEACH
1143 Sewanee Rd.
Nashville, TN 37220

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Harold Naill Falls
FALLS & VEACH
1143 Sewanee Rd.
Nashville, TN 37220

Honorable Jon McCalla
US DISTRICT COURT